UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL,<br><br>            Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>            Defendant. | Case No. 22-cv-02578-NC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

Plaintiff, a prisoner at the R.J. Donovan Correctional Facility in San Diego, California, sent a letter to the Chief Judge of this District regarding unanswered communications to the Clerk's Office. *See* Dkt. No. 1. Plaintiff stated that his "Complaint is . . . [regarding] written requests" for "1983 packets." *Id*.

In an effort to protect Plaintiff's rights, the Clerk of the Court opened a new matter in Plaintiff's name. That same day, the Clerk sent Plaintiff a notice that Plaintiff needed to file a formal complaint in order to pursue this matter. *See* Dkt. No. 2.

In response, Plaintiff filed a letter stating that "[t]here has been a mistake," that his letter "was not to be filed as a civil complaint," and that he has received the needed documents. Dkt. No. 5. Plaintiff stated that "[he]'d like to correct" the error that led to the opening of this action. *Id*.

Because Plaintiff never intended to initiate a civil action in this District, the Court will grant Plaintiff's request and dismiss this matter. No filing fee will be due for this action.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 8, 2022

　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge